FLINT RIVER PECAN COMPANY *v.* WATERS *et al.,* trustees.

HILL, J. The ruling made in the case of *Scott* v. *Flint River Pecan Company,* this day decided, being controlling of the present case, the court erred in making the mandamus absolute. The above ruling being controlling of the case, the question whether an issue of fact was raised by the evidence, and whether the trial judge could pass upon such issue of fact and make the mandamus absolute in vacation, need not be determined.     *Judgment reversed. All the Justice concur.*

*Alston, Alston, Foster & Moise, Lippitt & Burt,* and *Pope & Bennet,* for plaintiff in error.

*Pottle & Hofmayer* and *Leonard Farkas,* contra.